**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO. 5:12cv169-MP-GRJ

REAL PROPERTY LOCATED AT 6411 EVERLY STREET, YOUNGSTOWN, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,

Defendant.

_______________________________________/

**DECREE OF FORFEITURE**

This matter is before the court on the government's motion for forfeiture of property. (Doc. 7). On June 5, 2012, a Verified Complaint of Forfeiture In Rem against the defendant property, Real Property Located at 6411 Everly Street, Youngstown, Florida, with all Improvements and Appurtenances Thereon, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 18, United States Code, Section 981.

It appears that process was fully issued in this action according to law:

On June 12, 2012, Wendy Corbitt, 6411 Everly Street, Youngstown, Florida 32466, potential claimant, was sent notice of the pending forfeiture action by certified mail. The parcel was returned to the undersigned as "Unclaimed".

On June 12, 2012, Wendy Corbitt, c/o Bay County Jail, 5700 Star Lane, Panama City, Florida 32404, potential claimant, was sent notice of the pending forfeiture action by certified mail.

On June 12, 2012, Wendy Corbitt, 1502 Airport Road, Panama City, Florida 32504, potential claimant, was sent notice of the pending forfeiture action by certified mail.

Notice of Forfeiture Action was published on an official government Internet site, www.forefiture.gov, for thirty (30) consecutive days beginning June 13, 2012, pursuant to Rule G (a)(4)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

On August 19, 2012, the Internal Revenue Service posted notice of the pending forfeiture action on the defendant property.

To date, no persons or entities having an interest in the above-referenced property have filed claims.

Accordingly, it is now **ORDERED** as follows:

The Defendant property, Real Property Located at 6411 Everly Street, Youngstown, Florida, with all Improvements and Appurtenances Thereon, more specifically described as:

> Real Property located at 6411 Everly Street, Youngstown, Florida, along with a 1987 Mobile Home, ID#MAL3957, which is permanently affixed to said property.
>
> Legal Description:
> Commence at the Southeast corner of Section 16, Township 2 South, Range 13 West, Bay County, Florida; thence N88º 23"59"W, 2437.02 feet; thence N14º 09'07"W, 373.32 feet; thence continue S88 º21"17"E along the North side of a 60 foot street, 203.43 feet; thence N08 º06'25"W, 220.0 feet; thence N88 º21'17"W, 194.94 feet; thence S05 º54'35"E, 220.0 feet to the Point of Beginning. Also known as Lot 10, Block B, of Panama Pines Unit V,

shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE and ORDERED** this 27th day of August, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**